**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MONARCH NETWORKING SOLUTIONS LLC | § § § | |
| v. | § § | Case No. 2:20-CV-0015-JRG |
| CISCO SYSTEMS, INC., ET AL. | § § § | |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

The parties hereby submit an agreed Docket Control Order, attached hereto, and respectfully request the Court enter it.

Dated: June 1, 2020

Respectfully submitted,

/s/ Alden G. Harris

Max L. Tribble Jr.
Texas Bar No. 20213950
mtribble@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Steven M. Shepard
New York Bar No. 5291232
sshepard@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Michael F. Heim
Texas Bar No. 09380923
mheim@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Alden G. Harris
Texas Bar No. 24083138
aharris@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

T. John Ward, Jr.
Texas Bar No. 00794818
jw@wsfirm.com
Claire Abernathy Henry
Texas Bar No. 24053063
claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

S. Calvin Capshaw, III
Texas Bar No. 03783900
ccapshaw@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Phone: (903) 845-5770

**ATTORNEYS FOR MONARCH
NETWORKING SOLUTIONS LLC**

Dated: June 1, 2020

By: /s/ Michael R. Rhodes with permission
 from Alden G. Harris
Tamir Packin (*pro hac vice*)
tpackin@desmaraisllp.com
Jennifer Przybylski (*pro hac vice*)
jprzybylski@desmaraisllp.com
Raymond Habbaz (*pro hac vice*)
rhabbaz@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Tel:  (212) 351-3400
Fax:  (212) 351-3401

Michael R. Rhodes (*pro hac vice*)
mrhodes@desmaraisllp.com
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

*Lead Counsel for Defendants*
*CISCO SYSTEMS, INC. and CHARTER COMMUNICATIONS,*
*INC.*

Michael E. Jones (State Bar No. 10929400)
mikejones@potterminton.com
**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Tel:  (903) 597-8311
Fax:  (903) 593-0846

- 4 -

*Local Counsel for Defendants*
*CISCO SYSTEMS, INC. and CHARTER COMMUNICATIONS,*
*INC.*