#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### MARSHALL DIVISION

| | | |
|---|---|---|
| MONARCH NETWORKING SOLUTIONS LLC | § § § | |
| v. | § § | Case No. 2:20-CV-0015-JRG |
| CISCO SYSTEMS, INC., ET AL. | § § | |

### JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

The parties hereby submit an agreed Discovery Order, attached hereto, and respectfully request the Court enter it.

Dated: June 1, 2020

Respectfully submitted,

/s/  Alden G. Harris
Max L. Tribble Jr.
Texas Bar No. 20213950
mtribble@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Steven M. Shepard
New York Bar No. 5291232
sshepard@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Michael F. Heim
Texas Bar No. 09380923
mheim@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Alden G. Harris
Texas Bar No. 24083138
aharris@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

T. John Ward, Jr.
Texas Bar No. 00794818
jw@wsfirm.com
Claire Abernathy Henry
Texas Bar No. 24053063
claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

|  |  |
|---|---|
|  | S. Calvin Capshaw, III<br>Texas Bar No. 03783900<br>ccapshaw@capshawlaw.com<br>**CAPSHAW DERIEUX LLP**<br>114 E. Commerce Avenue<br>Gladewater, Texas 75647<br>Phone: (903) 845-5770<br><br>**ATTORNEYS FOR MONARCH NETWORKING SOLUTIONS LLC** |
| Dated: June 1, 2020 | By: /s/ Michael R. Rhodes with permission from Alden G. Harris<br>Tamir Packin (*pro hac vice*)<br>tpackin@desmaraisllp.com<br>Jennifer Przybylski (*pro hac vice*)<br>jprzybylski@desmaraisllp.com<br>Raymond Habbaz (*pro hac vice*)<br>rhabbaz@desmaraisllp.com<br>**DESMARAIS LLP**<br>230 Park Avenue<br>New York, NY 10169<br>Tel:  (212) 351-3400<br>Fax:  (212) 351-3401<br><br>Michael R. Rhodes (*pro hac vice*)<br>mrhodes@desmaraisllp.com<br>**DESMARAIS LLP**<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900<br>Fax: (415) 573-1901<br><br>*Lead Counsel for Defendants*<br>CISCO SYSTEMS, INC. *and* CHARTER COMMUNICATIONS, INC.<br><br>Michael E. Jones (State Bar No. 10929400)<br>mikejones@potterminton.com<br>**POTTER MINTON, P.C.**<br>110 North College, Suite 500<br>Tyler, Texas 75702<br>Tel:  (903) 597-8311<br>Fax:  (903) 593-0846 |

*Local Counsel for Defendants*
*CISCO SYSTEMS, INC. and CHARTER COMMUNICATIONS, INC.*