# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MONARCH NETWORKING SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.;<br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendants. | Civil Action No. 2:20-CV-00015-JRG<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF VOLUNTARY DISMISSAL UNDER
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Monarch Networking Solutions LLC and Defendant Charter Communications Inc., by and through their attorneys of record, notify the Court that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant do hereby agree and stipulate to the dismissal without prejudice of all claims and counterclaims, with each party to bear its own costs and fees associated with this action.

Dated: July 30, 2020

Respectfully submitted by:

*/s/ Steven M. Shepard*
Max L. Tribble Jr.
Texas Bar No. 20213950
mtribble@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Steven M. Shepard
New York Bar No. 5291232
sshepard@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Michael F. Heim
Texas Bar No. 09380923
mheim@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Alden G. Harris
Texas Bar No. 24083138
aharris@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

T. John Ward, Jr.
Texas Bar No. 00794818
jw@wsfirm.com
Claire Abernathy Henry
Texas Bar No. 24053063
claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

S. Calvin Capshaw, III
Texas Bar No. 03783900
ccapshaw@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Phone: (903) 845-5770
**ATTORNEYS FOR MONARCH NETWORKING SOLUTIONS LLC**

/s/   Thomas L. Duston
Thomas L. Duston (IL Bar No. 6196612)
tduston@marshallip.com
Kevin D. Hogg (IL Bar No. 6188146)
khogg@marshallip.com
Raymond R. Ricordati III (IL Bar No. 6278318)
rricordati@marshallip.com
Chelsea M. Murray (IL Bar No. 6333119)
cmurray@marshallip.com
**MARSHALL, GERSTEIN & BORUN LLP**
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-0448

Michael E. Jones (State Bar No. 10929400)
mikejones@potterminton.com
Patrick C. Clutter (State Bar No. 24036374)
patrickclutter@potterminton.com
**POTTER MINTON, P.C.**
110 North College, Suite 500
Tyler, Texas 75702
Tel:  (903) 597-8311
Fax:  (903) 593-0846

**COUNSEL FOR
CHARTER COMMUNICATIONS, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 30th day of July, 2020 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                         */s/ Steven M. Shepard*
                                         Steven M. Shepard