**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MONARCH NETWORKING SOLUTIONS LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC.<br><br>           Defendant. | Civil Action No. 2:20-CV-00015-JRG<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF MICHAEL R. RHODES IN SUPPORT OF DEFENDANT CISCO SYSTEMS, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

I, Michael R. Rhodes, declare:

1.      I am an attorney at the law firm Desmarais LLP, counsel for Defendant Cisco Systems, Inc. ("Cisco") in the above captioned matter.  I am admitted *pro hac vice* to this Court. I submit this declaration based on personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2.      I make this declaration in support of Defendant Cisco Systems, Inc.'s Motion To Transfer Venue To The Northern District Of California, submitted concurrently.

3.      Attached as Exhibit 1 is a true and accurate copy of the August 20, 2020 declaration of Soumitra Mukherji.

4.      Attached as Exhibit 2 is a true and accurate copy of the August 21, 2020 declaration of Mitch Oliver.

5.      Attached as Exhibit 3 is a true and accurate copy of the August 27, 2020 declaration of Jeff Lund.

6.      Attached as Exhibit 4 is a true and accurate copy of the August 29, 2020 declaration of Ghulam Awan.

7.      Attached as Exhibit 5 is a true and accurate copy of the August 31, 2020 declaration of Shankarnarayan Dharmarajan.

8.      Attached as Exhibit 6 is a true and accurate copy of U.S. Patent No. 8,130,775, with annotations added for clarity.

9.      Attached as Exhibit 7 is a true and accurate copy of Defendant Cisco Systems, Inc.'s June 8, 2020 Initial And Additional Disclosures, with annotations added for clarity.

10.     Attached as Exhibit 8 is a true and accurate copy of Plaintiff Monarch Networking Solutions, LLC's June 8, 2020 Initial And Additional Disclosures, with annotations added for clarity.

11.     Attached as Exhibit 9 is a true and accurate copy of Plaintiff Monarch Networking Solutions, LLC's June 24, 2020 Amended Initial And Additional Disclosures, with annotations added for clarity.

12.     Attached as Exhibit 10 is a true and accurate copy of excerpts of Defendant Cisco Systems, Inc.'s June 29, 2020 Preliminary Invalidity Contentions, with annotations added for clarity.

13.     Attached as Exhibit 11 is a true and accurate copy of *Godo Kaisha IP Bridge 1 v. Intel Corp.*, Case No. 2:17-cv-00676-RWS (E.D. Tex. Sept. 28, 2018), ECF No. 157.

14.     Attached as Exhibit 12 is a true and accurate copy of excerpts from a presentation titled "Patent Portfolio Overview," bearing Bates numbers MON-CISCO-0001915 and MON-CISCO-00001920, with annotations added for clarity (filed under seal).

15.     Attached as Exhibit 13 is a true and accurate copy of the Bloomberg company profile "Acacia Research Group LLC", accessed and printed from https://www.bloomberg.com/profile/company/3148094Z:US (last accessed September 2, 2020), with annotations added for clarity.

16.     Attached as Exhibit 14 is a true and accurate copy of the Corporation Wiki company profile "Monarch Networking Solutions LLC", accessed and printed from https://www.corporationwiki.com/p/35hv70/monarch-networking-solutions-llc (last accessed September 2, 2020), with annotations added for clarity.

17.     Attached as Exhibit 15 is a true and accurate copy of the Internet Engineering Task Force ("IETF") "Legal Request Procedures), accessed and printed from https://www.ietf.org/about/administration/legal-request-procedures/ (last accessed September 2, 2020), with annotations added for clarity.

18.     Attached as Exhibit 16 is a true and accurate copy of the IETF "About", accessed and printed from https://www.ietf.org/about/ (last accessed September 2, 2020), with annotations added for clarity.

19.     Attached as Exhibit 17 is a true and accurate copy of the Bloomberg company profile ████████ ████ accessed and printed from ███████████████████████████ (last accessed September 2, 2020), with annotations added for clarity.

20.     Attached as Exhibit 18 is a true and accurate copy of the █████ "Legal Process Guidelines", accessed and printed from ██████████████████████ ██████████████ (last accessed September 2, 2020), with annotations added for clarity.

21.     Attached as Exhibit 19 is a true and accurate copy of the LinkedIn profile of Arnaud Cauvin, with annotations added for clarity.

22.     Attached as Exhibit 20 is a true and accurate copy of the LinkedIn profile of Charlie Raasch, with annotations added for clarity.

23.     Attached as Exhibit 21 is a true and accurate copy of the LinkedIn profile of Dave Brush, with annotations added for clarity.

24.     Attached as Exhibit 22 is a true and accurate copy of the LinkedIn profile of Dave Ward, with annotations added for clarity.

3

25.     Attached as Exhibit 23 is a true and accurate copy of the LinkedIn profile of Eric Lucas, with annotations added for clarity.

26.     Attached as Exhibit 24 is a true and accurate copy of the LinkedIn profile of Erik Ahroon, with annotations added for clarity.

27.     Attached as Exhibit 25 is a true and accurate copy of the LinkedIn profile of Frederic Jounay, with annotations added for clarity.

28.     Attached as Exhibit 26 is a true and accurate copy of the LinkedIn profile of Jean-Luc Grumault, with annotations added for clarity.

29.     Attached as Exhibit 27 is a true and accurate copy of the LinkedIn profile of Keyur Patel, with annotations added for clarity.

30.     Attached as Exhibit 28 is a true and accurate copy of the LinkedIn profile of Marc Booth, with annotations added for clarity.

31.     Attached as Exhibit 29 is a true and accurate copy of the LinkedIn profile of Mark Townsley, with annotations added for clarity.

32.     Attached as Exhibit 30 is a true and accurate copy of the LinkedIn profile of Michael J. Kim, with annotations added for clarity.

33.     Attached as Exhibit 31 is a true and accurate copy of the LinkedIn profile of Mitch Oliver, with annotations added for clarity.

34.     Attached as Exhibit 32 is a true and accurate copy of the LinkedIn profile of Mohammed Kassi Lahlou, with annotations added for clarity.

35.     Attached as Exhibit 33 is a true and accurate copy of the LinkedIn profile of Nadereh Russell, with annotations added for clarity.

36.     Attached as Exhibit 34 is a true and accurate copy of the LinkedIn profile of Ole Trøan, with annotations added for clarity.

37.     Attached as Exhibit 35 is a true and accurate copy of the LinkedIn profile of Rahul Aggarwal, with annotations added for clarity.

38.     Attached as Exhibit 36 is a true and accurate copy of the LinkedIn profile of Rob Hamilton, with annotations added for clarity.

39.     Attached as Exhibit 37 is a true and accurate copy of the LinkedIn profile of Soumitra Mukherji, with annotations added for clarity.

40.     Attached as Exhibit 38 is a true and accurate copy of the LinkedIn profile of Vishnuprakash Selvarajan, with annotations added for clarity.

41.     Attached as Exhibit 39 is a true and accurate copy of U.S. Patent No. 8,451,844.

42.     Attached as Exhibit 40 is a true and accurate copy of U.S. Patent No. 8,451,845.

43.     Attached as Exhibit 41 is a true and accurate copy of U.S. Patent No. 9,019,965.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 3rd day of September, 2020 in San Francisco, CA.


                                        /s/ Michael R. Rhodes