**PUBLIC-REDACTED VERSION OF**
**DOCUMENT FILED UNDER SEAL**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MONARCH NETWORKING SOLUTIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:20-CV-00015-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>PUBLIC-REDACTED VERSION |

**DECLARATION OF LINDSEY E. MILLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE CERTAIN OPINIONS OF DEFENDANT'S EXPERT MARCUS READING**

**PUBLIC-REDACTED VERSION OF**
**DOCUMENT FILED UNDER SEAL**

I, Lindsey Miller, declare:

1. I am an attorney at the law firm Desmarais LLP, counsel for Defendant Cisco Systems, Inc. ("Cisco") in the above captioned matter. I am admitted *pro hoc vice* to this Court. I submit this declaration based on personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2. I make this declaration in support of Defendant's Opposition to Plaintiff's Motion to Strike Certain Opinions of Defendant's Expert Marcus Reading, submitted concurrently.

3. Attached as Exhibit 1 is a true and accurate copy of excerpts of the February 9, 2021 Expert Report of Marcus D. Reading and the Errata to the February 9, 2021 Report of Marcus D. Reading, served in the Eastern District of Texas case *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, No. 2:20-cv-00015-JRG, with annotations added for clarity (filed under seal).

4. Attached as Exhibit 2 is a true and accurate copy of excerpts of the transcript of the February 23, 2021 deposition of Marcus Reading in the Eastern District of Texas case *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, No. 2:20-cv-00015-JRG, with annotations added for clarity (filed under seal).

5. Attached as Exhibit 3 is a true and accurate copy of excerpts of the Expert Report of Kevin Jeffay Regarding Non-Infringement of U.S. Patent Nos. 8,130,775; 8,451,844; and 9,019,065, served in the Eastern District of Texas case *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, No. 2:20-cv-00015-JRG on February 9, 2021, with annotations added for clarity (filed under seal).

6. Attached as Exhibit 4 is a true and accurate copy of excerpts of the Expert Report of Michael J. Lasinski, served in the Eastern District of Texas case *Monarch Networking Solutions*

**PUBLIC-REDACTED VERSION OF
DOCUMENT FILED UNDER SEAL**

*LLC v. Cisco Systems, Inc.*, No. 2:20-cv-00015-JRG on January 12, 2021, with annotations added for clarity (filed under seal).

7. Attached as Exhibit 5 is a true and accurate copy of excerpts of the transcript of the February 17, 2021 deposition of Michael J. Lasinski in the Eastern District of Texas case *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, No. 2:20-cv-00015-JRG, with annotations added for clarity (filed under seal).

8. Attached as Exhibit 6 is a true and accurate copy of excerpts of the transcript of the December 22, 2020 deposition of ▓▓▓▓▓▓▓ in the Eastern District of Texas case *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, No. 2:20-cv-00015-JRG, with annotations added for clarity (filed under seal).

9. Attached as Exhibit 7 is a true and accurate copy of excerpts of Defendant Cisco Systems, Inc.'s Objections and Responses to Plaintiff Monarch Networking Solutions LLC's First Set of Common Interrogatories to Defendant (Nos. 1-11), served in the Eastern District of Texas case *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, No. 2:20-cv-00015-JRG on July 27, 2020, with annotations added for clarity (filed under seal).

10. Attached as Exhibit 8 is a true and accurate copy of excerpts of Plaintiff's Fourth Set of Interrogatories to Cisco (Nos. 12-19), served in the Eastern District of Texas case *Monarch Networking Solutions LLC v. Cisco Systems, Inc.*, No. 2:20-cv-00015-JRG on November 13, 2020, with annotations added for clarity.

11. Attached as Exhibit 9 is a true and accurate copy of excerpts of Defendant Cisco Systems, Inc.'s Supplemental Objections and Responses to Plaintiff Monarch Networking Solutions LLC's Common Interrogatories Nos. 6-11, 14, 18 and Individual Interrogatory Nos. 1-3 to Defendants, served in the Eastern District of Texas case *Monarch Networking Solutions LLC*

**PUBLIC-REDACTED VERSION OF
DOCUMENT FILED UNDER SEAL**

*v. Cisco Systems, Inc.*, No. 2:20-cv-00015-JRG on January 11, 2021, with annotations added for clarity (filed under seal).

12. Attached as Exhibit 10 are true and accurate copies of excerpts of ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ bearing Bates numbers CISCO-MON-EDT-00033390, CISCO-MON-EDT-00033330, CISCO-MON-EDT-00033359, CISCO-MON-EDT-00033388 with annotations added for clarity (filed under seal).

13. Attached as Exhibit 11 is a true and accurate copy of excerpts of a document titled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ bearing Bates number CISCO-MON-EDT-00033486, with annotations added for clarity (filed under seal).

**PUBLIC-REDACTED VERSION OF
DOCUMENT FILED UNDER SEAL**

| | | |
|---|---|---|
| Dated: March 15, 2021 | By: | */s/ Lindsey E. Miller* |

                                            Tamir Packin (*pro hac vice*)
                                            tpackin@desmaraisllp.com
                                            Michael R. Rhodes (*pro hac vice*)
                                            mrhodes@desmaraisllp.com
                                            Raymond Habbaz (*pro hac vice*)
                                            rhabbaz@desmaraisllp.com
                                            William N. Yau (*pro hac vice*)
                                            wyau@desmaraisllp.com
                                            DESMARAIS LLP
                                            230 Park Avenue
                                            New York, NY 10169
                                            Tel:  (212) 351-3400
                                            Fax:  (212) 351-3401

                                            Lindsey Miller (*pro hac vice*)
                                            lmiller@desmaraisllp.com
                                            DESMARAIS LLP
                                            230 Park Avenue
                                            New York, NY 10169
                                            Tel: (212) 351-3400
                                            Fax: (212) 351-3401

                                            *Lead Counsel for Defendant*
                                            CISCO SYSTEMS, INC.

                                            Michael E. Jones (State Bar No. 10929400)
                                            mikejones@potterminton.com
                                            POTTER MINTON, P.C.
                                            110 North College, Suite 500
                                            Tyler, Texas 75702
                                            Tel:  (903) 597-8311
                                            Fax:  (903) 593-0846

                                            *Local Counsel for Defendant*
                                            CISCO SYSTEMS, INC.