# EXHIBIT 4

**PUBLIC-REDACTED VERSION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

Civil Action No. 2:20-cv-00015

MONARCH NETWORKING SOLUTIONS LLC

*Plaintiff,*

v.

CISCO SYSTEMS, INC.

*Defendant.*

**EXPERT REPORT OF MICHAEL J. LASINSKI**

January 12, 2021

RESTRICTED – ATTORNEYS' EYES ONLY

TABLE OF CONTENTS

1. Qualifications ................................................................................................................................ 1
2. Statement of Limitations Regarding the Use of this Report ....................................................... 2
3. Assignment .................................................................................................................................. 2
4. Information Considered .............................................................................................................. 2
5. Executive Summary .................................................................................................................... 3
6. Background ................................................................................................................................. 7
7. The Patents-in-Suit ...................................................................................................................... 8
   7.2. Relevant Entities ................................................................................................................. 10
   7.3. TCP/IP Networks ................................................................................................................ 12
   7.4. IETF and its Patent Policy .................................................................................................. 25
   7.5. RAND Licensing ................................................................................................................ 25
   7.6. The Accused Products ........................................................................................................ 26
   7.7. Timeline of Select Events ................................................................................................... 28
8. Sales of the Accused Products .................................................................................................. 29
9. Reasonable Royalty Damages ................................................................................................... 31
   9.1. The Date of and Parties to the Hypothetical Negotiation .................................................. 32
   9.2. The Structure of the Hypothetical License ......................................................................... 33
   9.3. Quantitative Analysis of Royalty Indicators ...................................................................... 34
   9.4. *Georgia-Pacific* Analysis ................................................................................................... 62
10. Prejudgment Interest ................................................................................................................ 73
11. Signature .................................................................................................................................. 73

RESTRICTED – ATTORNEYS' EYES ONLY

## 1. QUALIFICATIONS

1. I am Michael J. Lasinski, a Senior Managing Director at Ankura Consulting Group ("Ankura") and head of the Intellectual Property (IP) Group. Previously, I was the founding member of 284 Partners, LLC ("284 Partners"), a professional services firm focused on IP valuation, litigation consulting, IP acquisition and licensing strategy, and transactional services. Over the past twenty-five years, I have assisted clients, including corporations, law firms, government entities, and investors, in understanding and evaluating the financial aspects of intellectual property.

2. My consulting practice has focused on the financial aspects of intellectual property since 1995. I have valued intellectual property and businesses in the context of licensing, sales, mergers, acquisitions, investments, tax matters, and litigation, as well as many other contexts. During my professional career, I have completed hundreds of valuations of intellectual property assets. I have spoken on the topic of intellectual property valuation, litigation, licensing, and tax matters throughout the U.S. and internationally.

3. I have been retained as an expert in both domestic and international matters concerning the licensing of standards-essential patents ("SEPs") on fair, reasonable, and non-discriminatory ("FRAND") terms. I have been retained by the U.S. Federal Trade Commission to testify concerning FRAND royalty rates. I have given testimony on such matters in U.S. District Court, at the U.S. International Trade Commission, in the U.K. High Court of Justice, and in the context of confidential arbitration.

4. I am a past President of the Licensing Executives Society United States and Canada ("LES"). LES is one of the country's largest intellectual property licensing trade organizations. I am a past Division Chair of the American Bar Association's IP Section. I am a former Chair of the Valuation and Taxation Committee of LES and a former Vice-Chair of the Intellectual Property Owners Association's Valuation and Taxation Committee. I have also been named one of the World's 300 Leading IP Strategists by Intellectual Asset Management.

5. I have been retained to provide expert testimony in other federal, state, tax, and arbitration proceedings. I have also been retained by both taxpayers and the IRS to determine intellectual property value and royalty rates in transfer pricing and other tax-related transactions. In addition, I was retained by a Federal Monitor to set royalty rates for a company that was subject to a deferred prosecution agreement from the U.S. Department of Justice. A list of cases in which I have provided expert testimony is provided in my curriculum vitae (attached as Appendix A of this report).

6. I hold a Bachelor of Science in Electrical Engineering (Summa Cum Laude) and a Master of Business Administration (High Honors) from the University of Michigan. I am a Certified Public Accountant ("CPA") licensed in the state of Illinois. I am also Certified in Financial Forensics ("CFF") by the American Institute of Certified Public Accountants, and I am a Certified Licensing Professional ("CLP") initiated by the LES.

7. Ankura is being compensated for my work in this matter ██████████████████. Ankura is being compensated for the work of other Ankura consultants assisting me on this matter at hourly rates of ████████. No part of my compensation, or that of Ankura, depends on the outcome of this litigation.

Starting

Replication."[6] I understand from Dr. Walker that, versus ingress replication, VPLS LSM will reduce bandwidth utilization by at least 50% over network links that would otherwise be traversed by multiple copies of the same data.[7] ■■■ .

19. To derive a reasonable royalty indicator for the '775 Patent, I have employed the widely accepted analytic approach to isolate the excess profit attributable to '775 Patent. To do so, I have employed the following methodology:

- I determined the average selling price premium charged by Cisco for Layer 2 VPN functionality.[8]

- I allocated the Layer 2 VPN price premium to VPLS LSM using the percentage of data that is live video, which is a conservative measure of multicast data.[9]

- As VPLS LSM was implemented as a software upgrade ■■■ I reduced the revenue per unit estimates to profit by allocating Cisco's operating expenses to them.

- I then compared these profits to the profits earned by Cisco's Americas business group and by the Industry. As Cisco's operating profit margin significantly exceeds the industry, I conservatively calculated the excess profits earned by Cisco relative to its own profit margin.

- I then applied these excess profits per unit to Cisco's sales of the Accused Products to determine the total excess profits it has earned during the damages period.[10]

- I then discounted the excess profits to the hypothetical negotiation dates using Cisco's weighted average cost of capital.

20. I have thereby derived a royalty indicator for the '775 Patent of ■■■ .[11]

21. My findings concerning the incremental and excess profits earned by Cisco as a result of its use of the Patents-in-Suit are summarized in the following figure.

---

[6] CISCO-MON-EDT-00024615, p. 1.
[7] Discussions with Dr. Walker.
[8] Schedule 4.4.
[9] Schedule 4.3.
[10] I have not projected damages through the expiration of the Patents-in-Suit.
[11] Schedule 1.1.

> *Finally, as this is something Softlayer / IBM's customers are asking for, we would certainly take this and sell it to our other DC customers. The potential for continued business elsewhere is quite good.*

▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

118. Furthermore, subsequent pricing information indicates that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ For instance, the following is from an ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇."[184]

---

[182] CISCO-MON-EDT-00013914, pp. 12-13.

[183] CISCO-MON-EDT-00031062, slide 28.

[184] In Cisco's First Suppmental Response to Individual Interrogatory No. 1, it states that no sales of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ – have been made in the U.S.; However, I understand that each of these Product IDs pertain to Cisco's Consumption Model licensing.  I understand that the "Consumption Model" is only one of the possible licensing structures available to Cisco customers.  Others include "Subscriber Based Model" (where limited term licenses are purchased), "Server Based pricing" (where hardware is acquired for use with 3rd party software), "User Based Pricing" (where the license is per user of the system), and "System Based Pricing" (where the license is for a hardware/software system) (see ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ January 6, 2021, pp. 128-129 and 148).   As such, one cannot infer the number of customers using MAP from the number of consumption model licenses to it.  My royalty analysis does not include any Consumption Model licenses or hardware.

- I have allocated the Layer 2 VPN revenue to VPLS LSM using only the portion of Cisco data traffic that is live video although it has other applications (e.g., news, stock data, etc.). Had I accounted for these other applications; I would have derived greater excess profits.

266. Additionally, the various qualitative factors identified in the *Georgia-*Pacific matter would generally support a reasonable royalty consistent with – or higher than – that indicated by the analytic approach. I have therefore conservatively concluded that the reasonable royalties payable for Cisco's infringement of each of the Patents-in-Suit would be no less than the following:

**Figure 47**
**Present Value of Reasonable Royalties – Patents-in-Suit**[401]



267. It is important to note that the value attributed to the '965 Patent is contained within – and therefore not additive to – the value of the '844 Patent. It is also important to note that the lump-sums I have calculated are based exclusively on the value Cisco has received from the Patents-in-Suit through the end of the sales data produced in this matter. I have made no attempt to project the future value of the Patents-in-Suit to Cisco.

## 10. PREJUDGMENT INTEREST

268. From a time value of money standpoint, an award of prejudgment interest may be necessary to compensate Monarch for the loss of use of funds during the damages period. I understand that an award of prejudgment interest is a legal matter and that the Court has substantial discretion in determining the interest rate and compounding method to be awarded. However, in the context of a lump-sum royalty, the pre-judgement interest would generally be calculated on the entire value of the royalty from the hypothetical negotiation. I am prepared to submit a prejudgment interest calculation if and when I am asked to do so by counsel or the court.

## 11. SIGNATURE

Respectfully,

_Michael J. Lasinski_         January 12, 2021

Michael J. Lasinski         Date

---

[401] Schedule 1.1.

# Appendix B

*Monarch Networking Solutions LLC v. Cisco Systems, Inc.*
**DOCUMENT INDEX - BATES-STAMPED DOCUMENTS**
**RESTRICTED – ATTORNEYS' EYES ONLY**



*Monarch Networking Solutions LLC v. Cisco Systems, Inc.*
**DOCUMENT INDEX - DEPOSITIONS AND PLEADINGS**
**RESTRICTED – ATTORNEYS' EYES ONLY**



**Pleadings**

Complaint for Patent Infringement, January 21, 2020
Defendant Cisco Systems, Inc.'s Objections and Responses to Plaintiff Monarch Networking Solutions LLC's Fourth Set of Common Interrogatories to Defendants (Nos. 16-20)
Defendant Cisco Systems, Inc.'s Supplemental Objections And Responses To Plaintiff Monarch Networking Solutions Llc'S Common Interrogatories Nos. 6-11, 14, 18 And Individual Interrogatory Nos. 1-3 To Defendants
First Set of Individual Interrogatorries to Cisco Systems, Inc. (Nos. 1-3), December 14, 2020

*Monarch Networking Solutions LLC v. Cisco Systems, Inc.*
**DOCUMENT INDEX - PUBLIC DOCUMENTS AND CASE LAW**
**RESTRICTED – ATTORNEYS' EYES ONLY**

### Public Documents

An Examination of IPv4 and IPv6 Networks: Constraints and Various Transition Mechanisms
Arista Networks, Inc. SEC Form 10-K for the fiscal year ended December 31, 2018
Cisco Amended Answer and Counterclaims to Bockstar's Complaint, Bockstar v. Cisco, June 6, 2014
Cisco Systems, Inc., 2019 S&P Global Market Intelligence LLC for April 28, 2015 per Capital IQ
Cisco Systems, Inc., 2019 S&P Global Market Intelligence LLC for May 28, 2013  per Capital IQ
Cisco Systems, Inc., 2019 S&P Global Market Intelligence LLC for September 11, 2013 per Capital IQ
Cisco Visual Networking Index: Forecast and Methodology, 2011–2016, May 30, 2012
Cisco VNI Complete Forecast Highlights, 2016
CLA-0314, Dennis W. Carlton & Allan L. Shampine, An Economic Interpretation of FRAND, 9 J.Comp L. & Econ. 531, 546 (Sept. 2013).
Comparison Between IPv4 to IPv6 Transition Techniques, Cordeiro, et al.
Complaint for Antitrust and Unfair Competition, Arista v. Cisco, February 24, 2016
Complaint for Patent Infringement, Cisco v. Arista, December 5, 2014
Complaint, Bockstar v. Cisco, December 11, 2013
Derwent Innovation
Docket Navigator
First Amended Complaint, Rockstar v. Samsung, Case No. 2:13-cv-00900-JRG, December 31, 2013
HP 2014 Financial Report - Interactive Data - Edgar
HP 2017 Financial Report - Interactive Data - Edgar
HP 2020 Financial Report - Interactive Data - Edgar
http://www.transpacificip.com/our-company/our-story
http://www.transpacificip.com/people/guy-proulx
https://blogs.cisco.com/sp/a-map-to-easier-more-scalable-ipv6-deployments#:~:text=MAP%2DE%20uses%20IPv6%20to,and%20scale%20for%20future%20services
https://blogs.cisco.com/sp/a-map-to-easier-more-scalable-ipv6-deployments#:~:text=MAP%2DE%20uses%20IPv6%20to,and%20scale%20for%20future%20services
https://brightstarsystems.com/cisco-asr-vs-isr/
https://community.fs.com/blog/network-switch-router-firewall-why-need-all-three.html
https://datatracker.ietf.org/doc/search?name=7597&sort=&rfcs=on&activedrafts=on&by=group&group=
https://datatracker.ietf.org/doc/search?name=7599&sort=&rfcs=on&activedrafts=on&by=group&group=
https://datatracker.ietf.org/ipr/2049/
https://datatracker.ietf.org/ipr/2501/
https://fx.sauder.ubc.ca/etc/EURpages.pdf
https://medium.com/@jacknwellis/transpacific-patents-end-up-with-resurgent-acacia-ca33e4a3fe6
https://mobilemarketingmagazine.com/france-telecom-becomes-orange
https://patentlyo.com/patent/2017/04/intellectual-ventures-patents.html
https://s21.q4cdn.com/861911615/files/doc_downloads/legal_proceedings/Arista-Legal-Update-2018.04.09.pdf
https://tools.ietf.org/html/rfc1883
https://tools.ietf.org/html/rfc8179
https://tools.ietf.org/id/draft-ietf-softwire-stateless-4v6-motivation-03.html#network_dim
https://whatis.techtarget.com/definition/IETF-Internet-Engineering-Task-Force
https://www.acaciaresearch.com/actg/overview/3408
https://www.atlantic.net/hipaa-compliant-cloud-hosting-services/what-is-networking-basics-switches-routers-firewalls/
https://www.businesswire.com/news/home/20191105005756/en/France-Telecoms-Mobile-and-Broadband-Statistics-and-Analyses-2019---ResearchAndMarkets.com
https://www.cisco.com/c/dam/en_us/solutions/industries/docs/gov/IPV6at_a_glance_c45-625859.pdf
https://www.cisco.com/c/dam/global/en_ca/assets/plus/assets/pdf/IPTV-Internet-Video-ABEGEN.pdf
https://www.cisco.com/c/en/us/about.html
https://www.cisco.com/c/en/us/products/collateral/cloud-systems-management/terminal-services-gateways/nb-06-1100-term-ser-gateway-ds-cte-en.html?oid=dstetr021623
https://www.cisco.com/c/en/us/products/collateral/ios-nx-os-software/enterprise-ipv6-solution/white_paper_c11-676278.html
https://www.cisco.com/c/en/us/products/collateral/ios-nx-os-software/ios-xr-software/product-bulletin-c25-729736.html
https://www.cisco.com/c/en/us/products/collateral/routers/1000-series-connected-grid-routers/datasheet-c78-730622.html
https://www.cisco.com/c/en/us/products/collateral/routers/1000-series-integrated-services-routers-isr/at-a-glance-c45-739637.html
https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/at-a-glance-c45-732425.html
https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/data_sheet-c78-732542.html
https://www.cisco.com/c/en/us/products/collateral/routers/500-series-wpan-industrial-routers/datasheet-c78-730550.html
https://www.cisco.com/c/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/q-and-a-c67-452124.html
https://www.cisco.com/c/en/us/products/collateral/routers/asr-9000-series-aggregation-services-routers/data_sheet_c78-501338.html

*Monarch Networking Solutions LLC v. Cisco Systems, Inc.*
DOCUMENT INDEX - PUBLIC DOCUMENTS AND CASE LAW
RESTRICTED – ATTORNEYS' EYES ONLY

**Public Documents**

https://www.cisco.com/c/en/us/products/collateral/security/asa-firepower-services/datasheet-c78-742475.html
https://www.cisco.com/c/en/us/products/collateral/security/firepower-1000-series/datasheet-c78-742469.html
https://www.cisco.com/c/en/us/products/collateral/security/firepower-2100-series/datasheet-c78-742473.html
https://www.cisco.com/c/en/us/products/collateral/security/firepower-4100-series/datasheet-c78-742474.html
https://www.cisco.com/c/en/us/products/index.html#~products-by-technology
https://www.cisco.com/c/en/us/products/ios-nx-os-software/ios-xe/index.html#~stickynav=1
https://www.cisco.com/c/en/us/products/ios-nx-os-software/layer-3-vpns-l3vpn/index.html
https://www.cisco.com/c/en/us/products/ios-nx-os-software/virtual-private-lan-services-vpls/index.html
https://www.cisco.com/c/en/us/products/routers/1000-series-connected-grid-routers/index.html
https://www.cisco.com/c/en/us/products/routers/1000-series-integrated-services-routers-isr/compare-model.html
https://www.cisco.com/c/en/us/products/routers/500-series-wpan-industrial-routers/index.html
https://www.cisco.com/c/en/us/products/routers/asr-9000-series-aggregation-services-routers/index.html
https://www.cisco.com/c/en/us/products/routers/asr-9000-series-aggregation-services-routers/index.html#~benefits
https://www.cisco.com/c/en/us/products/routers/product-listing.html
https://www.cisco.com/c/en/us/products/security/adaptive-security-appliance-asa-software/index.html
https://www.cisco.com/c/en/us/products/security/firewalls/index.html
https://www.cisco.com/c/en/us/products/security/firewalls/what-is-a-firewall.html
https://www.cisco.com/c/en/us/products/security/vpn-endpoint-security-clients/what-is-vpn.html
https://www.cisco.com/c/en/us/products/switches/what-is-a-lan-local-area-network.html
https://www.cisco.com/c/en/us/products/switches/what-is-a-wan-wide-area-network.html
https://www.cisco.com/c/en/us/solutions/small-business/resource-center/networking/networking-basics.html
https://www.cisco.com/c/en/us/support/docs/ip/network-address-translation-nat/26704-nat-faq-00.html#intro
https://www.cisco.com/c/en/us/support/ios-nx-os-software/ios-xe-3-8s/model.html
https://www.cisco.com/c/en/us/support/ios-nx-os-software/ios-xe-gibraltar-16-11-1/model.html.
https://www.cisco.com/c/en/us/td/docs/ios/solutions_docs/ip_multicast/White_papers/mcst_ovr.html
https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/iproute_eigrp/configuration/xe-3s/ire-xe-3s-book/ire-add-path.html
https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/ipv6_basic/configuration/xe-3s/ip6b-xe-3s-book/ip6-add-basic-conn-xe.html
https://www.cisco.com/c/en/us/td/docs/routers/asr1000/release/notes/asr1k_rn_rel_notes/asr1k_feats_important_notes_38s.html
https://www.cisco.com/c/en/us/td/docs/routers/asr1000/release/notes/xe-16-11/asr1000-rel-notes-xe-16-11.html
https://www.cisco.com/c/en/us/td/docs/routers/asr9000/software/asr9k_r4-3/cg_nat/configuration/guide/cgnat_43/cgnat43cgn.html
https://www.cisco.com/c/en/us/td/docs/routers/asr9000/software/asr9k-r6-2/lxvpn/configuration/guide/b-l2vpn-cg-asr9000-62x/b-l2vpn-cg-asr9000-62x_chapter_0110.html#concept_85105E6A67974A1D9775B1C0CDB85A44
https://www.cisco.com/c/en/us/td/docs/security/asa/roadmap/asa_new_features.html#topic_lbm_q21_ghb
https://www.cisco.com/c/en_au/about/who-is-head.html
https://www.ciscopress.com/articles/article.asp?p=1757634&seqNum=2
https://www.forbes.com/companies/cisco-systems/#2c2fe3867029
https://www.freeccnastudyguide.com/study-guides/ccna/ch1/1-4-tcpip-model/
https://www.globenewswire.com/news-release/2017/06/15/1239014/0/en/Wharf-T-T-Announces-Name-Change-to-WTT.html?print=1
https://www.google.com/intl/en/ipv6/statistics.html#tab=ipv6-adoption
https://www.google.com/intl/en/ipv6/statistics.html#tab=per-country-ipv6-adoption
https://www.hgc.com.hk/about-hgc/about-us/company-profile/
https://www.iam-media.com/litigation/transpacific-spins-out-services-business-new-firm-will-target-strategic-portfolio
https://www.ietf.org/about/
https://www.iplocation.net/public-vs-private-ip-address
https://www.juniper.net/documentation/en_US/junos/topics/concept/mpls-ex-series-vpn-layer2-layer3.html
https://www.juniper.net/documentation/en_US/junos/topics/topic-map/security-ipv6-dual-stack-lite.html
https://www.macrotrends.net/2522/5-year-treasury-bond-rate-yield-chart
https://www.pccwglobalinc.com/company/about-us/
https://www.pccwglobalinc.com/wp-content/uploads/2019/11/world_fold_20191115.pdf
https://www.reuters.com/article/us-rpx-rockstar-ip/rpx-buys-apple-backed-rockstar-patents-for-900-million-idUSKBN0K11AI20141223
https://www.theguardian.com/ technology/2011/jul/01/nortel-patents-sold-apple-sony-microsoft
IETF RFC 8179
Juniper 2014 Financial Report - Interactive Data - Edgar
Juniper 2017 Financial Report - Interactive Data - Edgar
Juniper 2019 Financial Report - Interactive Data - Edgar

*Monarch Networking Solutions LLC v. Cisco Systems, Inc.*
**DOCUMENT INDEX - PUBLIC DOCUMENTS AND CASE LAW**
**RESTRICTED – ATTORNEYS' EYES ONLY**

**Public Documents**

Orange 2010 Annual Financial Report, April 21, 2011,
Orange 2013 Annual Financial Report, April 29, 2014
Orange 2015 Annual Financial Report, April 4, 2016
Orange 2016 Annual Financial Report, April 6, 2017
Palo Alto Networks 2014 Financial Report - Interactive Data - Edgar
Palo Alto Networks 2017 Financial Report - Interactive Data - Edgar
Palo Alto Networks 2020 Financial Report - Interactive Data - Edgar
PwC 2018 Patent Litigation Study
RMA 2013-14 Annual Statement Studies for NAICS 334118 - Computer Terminal and Other Computer Peripheral Equipment Manufacturing
RMA 2014-15 Annual Statement Studies for NAICS 334118 - Computer Terminal and Other Computer Peripheral Equipment Manufacturing
RMA 2015-16 Annual Statement Studies for NAICS 334118 - Computer Terminal and Other Computer Peripheral Equipment Manufacturing
RMA 2016-17 Annual Statement Studies for NAICS 334118 - Computer Terminal and Other Computer Peripheral Equipment Manufacturing
RMA 2017-18 Annual Statement Studies for NAICS 334118 - Computer Terminal and Other Computer Peripheral Equipment Manufacturing
RMA 2018-19 Annual Statement Studies for NAICS 334118 - Computer Terminal and Other Computer Peripheral Equipment Manufacturing
RMA 2019-20 Annual Statement Studies for NAICS 334118 - Computer Terminal and Other Computer Peripheral Equipment Manufacturing
Understanding MPLS, Khurram Waheed, https://www.ciscolive.com/c/dam/r/ciscolive/apjc/docs/2015/pdf/BRKML-1101.pdf
US Patent No. 8,130,775
US Patent No. 8,451,844
US Patent No. 8,451,845
US Patent No. 9,019,965
USPTO Patent Assignment Database, Reel / Frame Number 023572/0637
USPTO Patent Assignment Database, Reel / Frame Number 025775/0191
USPTO Patent Assignment Database, Reel / Frame Number 025846/0631
USPTO Patent Assignment Database, Reel / Frame Number 028420/0857
USPTO Patent Assignment Database, Reel / Frame Number 044625/0315
USPTO Patent Assignment Database, Reel / Frame Number 051192/0596
USPTO Patent Assignment Database, Reel / Frame Number 051238/0718
VMWare 2014 Financial Report - Interactive Data - Edgar
VMWare 2017 Financial Report - Interactive Data - Edgar
VMWare 2020 Financial Report - Interactive Data - Edgar

**Case Law**

Ericsson, Inc., et al. v. D-Link Systems, Inc., et al., December 4, 2014
Fromson v. Western Litho Plate and Supply Co, 853 F.2d 1568 (Fed. Cir. 1988)
Georgia-Pacific Corp. v. United States Plywood Corp., 318 F. Supp. 1116 (S.D.N.Y. 1970)
Lucent Technologies, Inc. et al. v. Gateway, Inc. et al., September 11, 2009
Microsoft Corporation v. Motorola, Inc., et al., April 25, 2013
Mobil Oil Corp. v. Amoco Chems. Corp., 915 F. Supp. 1333 (D. Del. 1995)
Order, Bockstar v. Cisco, October 10, 2014
Prism Tech. LLC v. Sprint Spectrum L.P., No. 2016-1456, (Fed. Cir. Mar. 6, 2017)
Spectralytics, Inc. v. Cordis Corp., September 4, 2009
TWM Mfg. Co. v. Dura Corp, 789 F.2d 895, 899 (Fed. Cir. 1986)