IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MONARCH NETWORKING SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC.<br><br>    Defendant. | Civil Action No. 2:20-CV-00015-JRG<br><br>**JURY TRIAL DEMANDED** |

## CISCO'S NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, Defendant Cisco Systems, Inc. ("Cisco") hereby gives notice to Plaintiff Monarch Networking Solutions LLC ("Monarch") of the patents and publications that Cisco, to the extent allowed, may rely upon in order to anticipate, render obvious, and/or show the state of the art with respect to U.S. Patent Nos. 8,451,844 (the "'844 Patent), 9,019,965 (the "'965 Patent"), and 8,130,775 (the "'775 Patent) (collectively the "Patents-in-Suit"). Cisco further provides notice of persons whom Cisco may rely upon as having relevant knowledge of the state of the art with respect to the Patents-in-Suit.

Cisco has previously provided Monarch with notice of these patents and publications through its pleadings, contentions, expert disclosures, briefs, document productions, discovery responses, and pre-trial disclosures. Cisco hereby incorporates those disclosures by reference. Cisco also incorporates by reference all of its papers filed or submitted in connection with its *inter partes* reviews and *ex parte* reexaminations relating to the Patents-in-Suit. Cisco further incorporates by reference the file histories of the Patents-in-Suit. To the extent that any of these

patents and/or publications were not previously produced in discovery, this Notice supplements Cisco's prior discovery responses under Federal Rule of Civil Procedure 26(e).

Cisco's listing of patents, publications, and persons in this Notice does not indicate that all, most, or any number of these patents, publications, or persons will ultimately be relied upon by Cisco at trial. Therefore, no suggestion should be taken that Cisco must rely on all of the identified patents, publications, and persons to support any of Cisco's invalidity defenses.

### A. Patents And Published Applications (Country of Origin, Patent No., Inventor, Date of Issue)

- U.S. Patent No. 7,639,686, Patrick Wetterwald, et. al., December 29, 2009

- Chinese Patent Application No. 1,525,699, Wu Xianguo, et. al., September 1, 2004 (publication date)

- U.S. Patent No. 7,149,225, Pascal Thubert et. al., December 12, 2006

- U.S. Patent Publication No. 2004/0107287, Akkihebbal Ananda, et. al., June 3, 2004 (publication date)

- U.S. Patent Publication No. 2007/0239891, Warren Wainner, et. al., October 11, 2007 (publication date)

- U.S. Patent No. 7,602,702, Rahul Aggarwal, October 13, 2009

- U.S. Patent No. 7,590,115, Rahul Aggarwal, September 15, 2009

- International Patent Publication No. WO 2007/113645, Jim Arseneault, et. al, October 11, 2007 (publication date)

- European Patent No. EP 2,007,078, Jens Bachmann, December 24, 2008

- U.S. Patent Publication No. 2007/097977, Edward Boden, et. al., May 3, 2007 (publication date)

- U.S. Patent No. 7,535,856, Earl Hardin Booth, III, et. al., May 19, 2009

- U.S. Patent Publication No. 2004/0240468, Kwan Wu Chin, et. al., December 2, 2004 (publication date)

- U.S. Patent No. 7,346,044, Chih-Hsiang Chou, et. al., March 18, 2008

- Chinese Patent No. CN 101,119,382, February 6, 2008

- Chinese Patent No. CN 1,741,502, March 1, 2006

- Machine Translation of Chinese Patent No. CN 1,741,502, March 1, 2006

- Chinese Patent No. CN 1,564,542, January 2, 2005

- Machine Translation of Chinese Patent No. CN 1,564,542, January 2, 2005

- Chinese Patent No. CN 1,716,954, January 4, 2006

- Machine Translation of Chinese Patent No. CN 1,716,954, January 4, 2006

- Chinese Patent No. CN 1,243,437, February 22, 2006

- Chinese Patent No. CN 101,150,502, March, 26, 2008

- Machine Translation of Chinese Patent No. CN 101,150,502, March 26, 2008

- U.S. Patent Publication No. 2009/0157900, Ti Ge, et. al., June 18, 2009 (publication date)

- U.S. Patent No. 7,483,387, James Guichard, et. al., January 27, 2009

- U.S. Patent No. 7,609,691, Anthony Hain, et. al., October 27, 2009

- U.S. Patent No. 6,038,233, Shinichi Hamamoto, et. al., March 14, 2000

- U.S. Patent Publication No. 2006/0146870, George A. Harvey, et. al., July 6, 2006 (publication date)

- U.S. Patent Publication No. 2004/0156313, Ralph Theodore Hofmeister, et. al., August 12, 2004 (publication date)

- U.S. Patent No. 7,245,622, Christian Huitema, July 17, 2007

- U.S. Patent Publication No. 2005/0129059, Zhangzhen Jiang, et. al., June 16, 2005 (publication date)

- U.S. Patent Publication No. 2008/0069137, Tatsuya Jimmei, March 20, 2008 (publication date)

- Korean Patent No. KR 2006-0091555, Sung Mo Jung, August 21, 2006

- Machine Translation of Korean Patent No. KR 2006-0091555, Sung Mo Jung, August 21, 2006

- U.S. Patent Publication No. 2007/0147421, Kill-Yeon Kim, June 28, 2007 (publication date)

- U.S. Patent Publication No. 2006/0259641, Kill-Yeon Kim, et. al., November 16, 2006 (publication date)

- U.S. Patent No. 7,369,560, Jean-Francois Le Pennec, et. al., May 6, 2008

- U.S. Patent Publication No. 2007/0088853, Sang Do Lee, et. al., April 19, 2007 (publication date)

- U.S. Patent Publication No. 2003/0088697, Naoki Matsuhira, May 8, 2003 (publication date)

- U.S. Patent No. 7,162,529, Takehiro Morishige, January 9, 2007

- U.S. Patent Publication No. 2003/0225900, Takehiro Morishige, December 4, 2003 (publication date)

- U.S. Patent No. 7,035,261, Jun Ogawa, et. al., April 25, 2006

- U.S. Patent No. 6,286,038, Francis X. Reichmeyer, et. al., September 4, 2001

- U.S. Patent No. 7,391,768, Ravikanth V. Samprathi et al., June 24, 2008

- International Patent Publication No. WO 2006/101677, Gregory Shepherd, et. al., September 28, 2006 (publication date)

- U.S. Patent No. 6,785,277, Karl Johan Marten Sundling, et. al., August 31, 2004

- U.S. Patent No. 7,315,543, Keisuke Takeuchi, et. al., January 1, 2008

- U.S. Patent Publication No. 2001/0040895, Fred Lambert Templin, November 15, 2001 (publication date)

- International Patent Publication No. 2005/025169, Srisakul Thakolsri, et. al., March 17, 2005 (publication date)

- U.S. Patent Publication No. 2004/0179508, Pascal Thubert, et. al., September 16, 2004 (publication date)

- U.S. Patent No. 7,551,632, Pascal Thubert, et. al., June 23, 2009

- International Patent Publication No. WO 2006/121677, Pascal Thubert, et. al., November 16, 2006 (publication date)

- U.S. Patent No. 7,411,967, Pascal Thubert, et. al., August 12, 2008

4

- U.S. Patent No. 6,920,138, Kazuaki Tsuchiya, et. al., July 19, 2005

- U.S. Patent No. 6,118,784, Kazuaki Tsuchiya, et. al., September 12, 2000

- U.S. Patent Publication No. 2004/0246991, Akihito Tsuzuki, et. al., December 9, 2004 (publication date)

- U.S. Patent Publication No. 2005/0286553, Patrick Wetterwald, et. al., December 29, 2005 (publication date)

- U.S. Patent Publication No. 2006/0227792, Patrick Wetterwald, et. al., October 12, 2006 (publication date)

- U.S. Patent No. 7,443,880, Patrick Wetterwald, et. al., October 28, 2008

- Chinese Patent No. CN 1,525,699, Xianguo Wu, et. al., September 1, 2004

- Chinese Patent No. CN 1,525,699 Official Translation, Xianguo Wu, et. al., September 1, 2004

- U.S. Patent 7,283,465, David Zelig, et. al., October 16, 2007

- U.S. Patent Publication No. 2004/0088385, Marc Blanchet, et. al., May 6, 2004 (publication date)

- U.S. Patent Publication No. 2009/0249473, Daniel T. Cohn, October 1, 2009 (publication date)

- U.S. Patent No. 7,580,417, Jimmy Ervin, et. al., August 25, 2009

- U.S. Patent Publication No. 2008/0089227, Jim Guichard, et. al., April 17, 2008 (publication date)

- U.S. Patent Publication No. 2006/0256736, Edwin Koehler Jr., et. al., November 16, 2006 (publication date)

- U.S. Patent Publication No. 2006/0251088, Pascal Thubert, et. al., November 9, 2006 (publication date)

- U.S. Patent Publication No. 2008/0172340, Thomas Karlsson, July 17, 2008 (publication date)

- U.S. Patent Publication No. 2006/0153200, Clarence Filsfils, et. al., July 13, 2006 (publication date)

- U.S. Patent No. 6,636,508, Xuewen Li, et. al., October 21, 2003

- U.S. Patent No. 6,778,653, Michel Kallas, et. al., August 17, 2004

- U.S. Patent No. 6,651,099, Russell S. Dietz, et. al., November 18, 2003
- U.S. Patent No. 6,839,751, Russell S. Dietz, et. al., January 4, 2005
- U.S. Patent No. 6,665,725, Russell S. Dietz, et. al., December 16, 2003
- U.S. Patent No. 6,684,241, Haldon J. Sandick, et. al., January 27, 2004
- U.S. Patent No. 6,954,789, Russell S. Dietz, et. al., October 11, 2005
- U.S. Patent No. 7,325,063, Douglas M. Dillon, January 29, 2008
- U.S. Patent No. 6,069,895, Siamack Ayandeh, May 30, 2000
- U.S. Patent No. 5,732,080, H. Earl Ferguson, et. al. March 24, 1998
- U.S. Patent No. 6,771,646, Haig A. Sarkissian, et. al., August 3, 2004
- U.S. Patent No. 5,778,185, Daniel P. Gregerson, et. al., July 7, 1998
- U.S. Patent No. 5,793,968, Daniel P. Gregerson, et. al., August 11, 1998
- U.S. Patent No. 6,775,235, Sanchaita Datta, et. al., August 10, 2004
- U.S. Patent No. 7,158,523, Gary Jacobson, et. al., January 2, 2007
- U.S. Patent No. 7,406,048, Sachaita Datta, et. al., July 29, 2008
- U.S. Patent No. 7,349,401, Kishan Shenoi, March 25, 2008
- U.S. Patent No. 5,526,538, Jack D. Rainwater, June 18, 1996
- U.S. Patent No. 5,612,957, Daniel P. Gregerson, March 18, 1997
- U.S. Patent No. 7,161,953, Kishan Shenoi, January 9, 2007
- U.S. Patent No. 5,699,351, Daniel P. Gregerson, et. al., December 16, 1997
- U.S. Patent No. 6,490,296, Kishan Shenoi, et. al., December 3, 2002
- U.S. Patent No. 7,310,310, Kishan Shenoi, et. al., December 18, 2007
- U.S. Patent No. 6,233,245, Alan Stanley John Chapman, et. al., May 15, 2001

B.     **Other Publications**

- *Definitive MPLS Network Designs* (March 2005)

- *Use Cases and Signaling Requirements For Point-To-Multipoint VPWS draft-xxxx-12vpn-p2mp-vpws-requirements-00.txt* (February 2007)

- *RFC 791 – Internet Protocol DARPA Internet Program Protocol Specification* (September 1981)

- *Use Cases and Signaling Requirements For Point-to-Multipoint PW draft-jounay-pwe3-p2mp-pw-requirements-00.txt* (February 2007)

- *Framework and Requirements for Virtual Private Multicast Service (VPMS) draft-ietf-l2vpn-vpms-frmwk-requirements-00.txt* (January 2009)

- *Flexible IPv6 Migration Scenarios in the Context of IPv4 Address Shortage draft-boucadair-behave-ipv6-portrange-04* (October 2009)

- *Extensions to RSVP-TE for Point to Multipoint TE LSPs draft-raggarwa-mpls-rsvp-te-p2mp-01.txt* (October 2004)

- *An Architecture for Multi-Segment Pseudo Wire Emulation Edge-to-Edge draftboccibryantpwe3mspwarch01.txt* (October 2005)

- *IPv4/IPv6 Transition Technologies and Univer6 Architecture* (January 2007)

- *Flexible IPv6 Migration Scenarios in the Context of IPv4 Address Shortage draft-boucadair-behave-ipv6-portrange-00* (February 2009)

- *Forwarding IPv4 Traffics in Pure IPv6 Backbone with Stateless Address Mapping* (April 2006)

- *Flexible IPv6 Migration Scenarios in the Context of IPv4 Address Shortage draft-boucadair-behave-ipv6-portrange-01* (March 2009)

- *Dynamic Placement of Multi Segment Pseudo Wires draft-ietf-pwe3-dynamic-ms-pw-01* (June 2006)

- *An Architecture for Multi-Segment Pseudo Wire Emulation Edge-to-Edge draft-ietf-pwe3-ms-pw-arch-02.txt* (October 2006)

- *Pseudowire (PW) Redundancy draft-muley-pwe3-redundancy-00.txt* (September 2006)

- *Pseudo Wire Protection draft-pan-pwe3-protection-02.txt* (February 2006)

- *Pseudo Wire Protection draft-pan-pwe3-protection-03.txt* (July 2006)

- *A Comparison of Proposals to Replace NAT-PT draft-wing-nat-pt-replacementcomparison-01* (September 2008)

- *4over6 Transit Solution Using IP Encapsulation and MP-BGP Extensions draft-wu-softwire-4over6-04* (December 2009)

- *Establishing Point to Multipoint MPLS TE LSPs draft-raggarwa-mpls-p2mp-te-02.txt* (January 2004)

- *SIP Services and Internetworking with IPv6* (March 2001)

- *An Examination of IPv4 and IPv6 Networks : Constraints and Various Transition Mechanisms* (April 2008)

- *Network Processors Applied to IPv4/IPv6 Transition* (August 2003)

- *Definitive MPLS Network Designs Chapter 1: Layer 2 Services and Pseudowires* (March 2005)

- *Definitive MPLS Network Designs Chapter 2: LSPs* (March 2005)

- *MPLS Network Designs Chapter 2: FRR* (March 2005)

- *Proposal and Implementation of IPv4–IPv6 Bidirectional Communication System* (2004)

- *The Teredo Protocol: Tunneling Past Network Security and Other Security Implications* (February 2007)

- *SIP Collides with IPv6* (2006)

- *Enhancing Teredo IPv6 Tunneling to Traverse the Symmetric NAT* (May 2006)

- *Tunneling IPv6 through NAT with Teredo Mechanism* (2005)

- *Use Cases and signaling requirements for Point-to-Multipoint PW draft-jounay-pwe3-p2mp-pw-requirements-00.pdf* (February 2007)

- *RFC 4875 - Extensions to Resource Reservation Protocol - Traffic Engineering (RSVP-TE) for Point-to-Multipoint TE Label Switched Paths (LSPs)* (May 2007)

- *RFC 1208 - A Glossary of Networking Terms* (March 1991)

- *RFC 1918 - Address Allocation for Private Internets* (February 1996)

- *RFC 1983 - Internet Users' Glossary* (August 1996)

- *RFC 2473 - Generic Packet Tunneling in IPv6 Specification* (December 1998)

- *RFC 2765 - Stateless IP/ICMP Translation Algorithm (SIIT)* (February 2000)
- *RFC 3056 - Connection of IPv6 Domains via IPv4 Clouds* (February 2001)
- *RFC 4380 - Teredo: Tunneling IPv6 over UDP through Network Address Translations (NATs)* (February 2006)
- *Global Mobile IPv6 Addressing Using Transition Mechanisms* (2002)
- *Implementing Wireless Networks with Transition Mechanisms* (2002)
- *Implementing NAT-PT/SIIT, ALGs and consideration to the mobility support in NAT-PT environment* (September 2004)
- *A Better Approach than Carrier-Grade-NAT* (September 2008)
- *RFC 4271 - A Border Gateway Protocol 4 (BGP-4)* (January 2006)
- *IPv6 Experiments in Deploying and Accessing Services from Home Networks* (2006)
- *Network Security Using NAT And NAPT* (2002)
- *Transition Mechanism in IP-based Wireless Networks* (2004)
- *Dynamic Network Interface Selection in Multihomed Mobile Hosts* (2002)
- *Tuning RED for Web Traffic* (June 2001)
- *An Architecture for Multi-Segment Pseudo Wire Emulation Edge-to-Edge draft-ietf-pwe3-ms-pw-arch-02.txt* (October 2006)
- *Dual-stack lite broadband deployments post IPv4 exhaustion draft-ietf-softwire-dual-stack-lite-01* (July 2009)
- *Fault Tolerant IP and MPLS Networks* (2005)
- *Computer Networking - A Top-Down Approach Featuring the Internet* (2005)
- *MPLS Fundamentals - A Comprehensive Introduction to MPLS Theory and Practice* (2007)
- *RFC 2766 - Network Address Translation - Protocol Translation (NAT-PT)* (February 2000)
- *RFC 3916 - Requirements for Pseudo-Wire Emulation Edge-to-Edge (PWE3)* (September 2004)

- *RFC 793 - Transmission Control Protocol, DARPA Internet Program, Protocol Specification* (September 1981)

- *RFC 1884 - IP Version 6 Addressing Architecture* (December 1995)

- *RFC 3985 - Pseudo Wire Emulation Edge-to-Edge (PWE3) Architecture* (March 2005)

- *RFC 4291 - IP Version 6 Addressing Architecture* (February 2006)

- *Data and Computer Communications* (2007)

- *IPv4-to-IPv6 Transition Strategies* (February 2007)

- *Requirements for Point to Multipoint Traffic Engineered MPLS LSPs draft-ietf-mpls-p2mp-requirement-04.txt* (September 2004)

- *Pseudowire for Supporting Multicast traffic draft-zhang-pwe3-pw-mcast-00.txt* (February 2006)

- *IPv6 Addressing of IPv4/IPv6 Translators draft-ietf-behave-address-format-00.txt* (August 2009)

- *RFC 4213 - Basic Transition Mechanisms for IPv6 Hosts and Routers* (October 2005)

**C.     Knowledgeable Persons**

- Dr. Kevin Jeffay c/o counsel for Cisco;

- Dr. Martin Walker c/o counsel for Monarch;

- Dr. Michael Mitzenmacher c/o counsel for Monarch;

- Mr. Ole Troan c/o counsel for Cisco;

- Mr. Mark Townsley c/o counsel for Cisco;

-  Mr. Luca Martini, 141 Riley Road, Silverthorne, Colorado; and

- Mr. Frederic Jounay, Route de Pré-Bois 15-17, Case Postale 796, Genève, 1215, CH.

Dated: June 7, 2021    By:   /s/ *Michael R. Rhodes, with permission by Michael E. Jones*
Tamir Packin (*pro hac vice*)
tpackin@desmaraisllp.com
Alan Kellman (*pro hac vice*)
akellman@desmaraisllp.com
Lindsey Miller (*pro hac vice*)
lmiller@desmaraisllp.com
Raymond Habbaz (*pro hac vice*)
rhabbaz@desmaraisllp.com
William N. Yau (*pro hac vice*)
wyau@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel:  (212) 351-3400
Fax:  (212) 351-3401

Michael R. Rhodes (*pro hac vice*)
mrhodes@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

*Lead Counsel for Defendant*
CISCO SYSTEMS, INC.

Michael E. Jones (State Bar No. 10929400)
mikejones@potterminton.com
POTTER MINTON, P.C.
110 North College, Suite 500
Tyler, TX 75702
Tel:  (903) 597-8311
Fax:  (903) 593-0846

*Local Counsel for Defendant*
CISCO SYSTEMS, INC.