# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MONARCH NETWORKING SOLUTIONS LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00015-JRG |
| CISCO SYSTEMS, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Monarch Networking Solutions LLC and Defendant Cisco Systems Inc.'s (collectively, the "Parties") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 346). In the Motion, the Parties inform the Court that they have reached a settlement in principle as to all matters in controversy in the above-captioned matter. The Parties request a thirty (30) day stay of all deadlines in the above-captioned matter to finalize a settlement agreement and file appropriate dismissal papers with the Court. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all deadlines in the above-captioned matter are **STAYED** for **thirty (30) days** from the date of this Order, during which time appropriate dismissal papers shall be filed with the Court.

**So Ordered this**

**Jun 8, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE