**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MONARCH NETWORKING SOLUTIONS LLC, | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:20-CV-00015-JRG |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## <u>ORDER</u>

Before the Court is Monarch Networking Solutions LLC ("Monarch") and Defendant Cisco Systems Inc.'s ("Cisco") (collectively, the "Parties") Agreed Motion to Dismiss with Prejudice (the "Motion"). (Dkt. No. 348). In the Motion, the Parties jointly move to dismiss all claims asserted by Monarch against Cisco and all claims asserted by Cisco against Monarch in the above-captioned matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all claims asserted by Monarch against Cisco and all claims asserted by Cisco against Monarch in the above-captioned matter are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same. This Order constitutes a final judgment in the above-captioned matter.

In view of the foregoing, all pending requests for relief not expressly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned matter.

## So Ordered this

**Jun 28, 2021**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE